UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

Order Filed on August 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elvis A. Revan,

Case No.: 17-25699

Chapter: 13

Judge: VFP

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 22, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the application of _____the debtor_____ for the reduction of time for a hearing on _a Motion to Extend the Automatic Stay_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _August 31, 2017_____ at _11:00am_ in the United States Bankruptcy Court, _50 Walnut Street, Newark, NJ 07102_____, Courtroom No. __3B___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_All creditors as indicated on Creditor Matrix and their counsel if available,_____

_Any other party having filed a Notice of Appearance in the instant case_____

by ☒ each, ☐ any of the following methods selected by the Court:

*(IF AVAILABLE)
☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_Chapter 13 Standing Trustee_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

 ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

 _____ day(s) prior to the scheduled hearing; or

 ☒ may be presented orally at the hearing. If a party wishes to object in writing, they may do so on or before August 30, 2017 at 4:00pm.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

 ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev. 2/1/16*