UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

Order Filed on August 22, 2017
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Elvis A. Revan,

Case No.: 17-25699

Chapter: 13

Judge: VFP

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 22, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

After review of the application of _____ the debtor _____ for the reduction of time for a hearing on  a Motion to Extend the Automatic Stay _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  August 31, 2017  at  11:00am  in the United States Bankruptcy Court,  50 Walnut Street, Newark, NJ 07102 , Courtroom No.  3B  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 All creditors as indicated on Creditor Matrix and their counsel if available,

 Any other party having filed a Notice of Appearance in the instant case

by ☒ each, ☐ any of the following methods selected by the Court:

*(IF AVAILABLE)
☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
 Chapter 13 Standing Trustee

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing. If a party wishes to object in writing, they may do so on or before August 30, 2017 at 4:00pm.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Elvis A Revan  
    Debtor

Case No. 17-25699-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Aug 22, 2017 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
db       +Elvis A Revan,   1008 West 6th Street,    Plainfield, NJ 07063-1432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Donald C. Goins    on behalf of Debtor Elvis A Revan dcgoins1@gmail.com, G25787@notify.cincompass.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 4