UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

Order Filed on September 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elvis A. Revan,

Case No.: 17-25699

Chapter: 13

Hearing Date:

Judge: VFP

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: September 1, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor:              Elvis A. Revan
Case No.:            17-25699-VFP
Caption of Order:    Order to Extend the Automatic Stay

This matter having come before the Court by motion of Donald C. Goins Esq., attorney for debtor, Elvis A. Revan, for entry of an Order Extending the Automatic Stay and, for good cause it is

HEREBY ORDERED that:

1. The Debtor's Automatic Stay is hereby extended for all interested parties, subject to further Order of this Court and the provisions of 11 U.S.C. 362 (c).

2. Debtor's attorney shall serve a copy of this Order on all creditors and other interested parties within three (3) days of its entry.

_____
Honorable Vincent F. Papalia, U.S.B.J.