

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ELVIS A REVAN

Case No.:  17-25699 VFP

Hearing Date:  3/1/2018

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): ELVIS A REVAN

Case No.: 17-25699

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 03/01/2018 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to extend Loss Mitigation Program by 3/15/2018 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that an application to extend Loss Mitigation Program has been filed by the above referenced date, the instant case shall be dismissed without further notice to Debtor(s) or Debtor(s)' Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 4/5/2018 at 11:00 AM.