UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984,  Fax: (908) 351-1982
Attorney for the Debtor

**Order Filed on March 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Elvis A. Revan,

Case No.: _____17-25699_____

Chapter: _____13_____

Judge: _____VFP_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 14, 2018**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9 / 29 / 2017_____ :

Property:      1008 W. 6th Street, Plainfield NJ 07060

Creditor:      Midfirst Bank

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____,
and for good cause shown

☐  Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___May 30, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2