Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25699−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elvis A Revan
   1008 West 6th Street
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−0088

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/3/18 at 11:00 AM

to consider and act upon the following:

*44* − Application re: for Early Termination of the Loss Mitigation Period Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 4/3/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

*45* − Certification in Opposition to Early Termination of Loss Mitigation (related document:44 Application re: for Early Termination of the Loss Mitigation Period Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 4/3/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Donald C. Goins on behalf of Elvis A Revan. (Goins, Donald)

Dated: 4/4/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court