

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)
Denise Carlon, Esquire
KML Law Group. P.C.
216 Haddon Avenue. Suite 406
Westmont, NJ 08108
Attorney for Creditor

Order Filed on May 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elvis A. Revan

DEBTOR

Case No:    17-25699 VFP

Judge:    Vincent F. Papalia

Chapter:    13

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Motion for Approval to Participate in the Court's Loss Mitigation

concerning the following property and creditor on March 14, 2018, and having granted until May

30, 2018:

Property:        1008 West 6th Street Plainfield, NJ 07060

Creditor:        MidFirst Bank.

and a Request for

       x Early Termination of the Loss Mitigation Period having been filed by MidFirst Bank
       and for good cause shown


It is hereby ORDERED that,

The Loss Mitigation Period is terminated, effective  immediately.