

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   ELVIS A REVAN | Case No.:  17-25699 VFP<br><br>Hearing Date:  7/19/2018 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 23, 2018**

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

Debtor(s): ELVIS A REVAN

Case No.: 17-25699

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/19/2018 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to extend Loss Mitigation Program by 7/26/2018 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that an application to extend Loss Mitigation Program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor(s) or Debtor's Attorney.