

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

ELVIS A REVAN

Order Filed on August 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  17-25699 VFP**

**Hearing Date:  8/15/2019**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 16, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): ELVIS A REVAN

Case No.: 17-25699

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/15/2019 on notice to DONALD C GOINS,

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file Loss Mitigation Program extension by 8/22/2019 or the case will

  be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Loss Mitigation Program extension has been

  filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or

  Debtor's Attorney.