UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

Order Filed on August 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Elvis Revan,

Case No.: 17-25699

Chapter: 13

Judge: VFP

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 29, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___7 / 31 / 2018___ :

Property:    1008 West 6th Street, Plainfield NJ 07060

Creditor:    Midfirst Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___11/22/2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*