| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By:  Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor:  MidFirst Bank | Order Filed on December 29, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

   Elvis A. Revan
         Debtor(s)

Case No.:   17-25699 VFP

Judge:   Vincent F. Papalia

Chapter:   13

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 29, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on :

Property:    1008-1010 West 6th Street Plainfield, NJ 07060
Creditor:    MidFirst Bank

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by MidFirst Bank, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.